1  Heather N. Fugitt (State Bar No. 261588)
   hfugitt@jonesday.com
2  JONES DAY
   Silicon Valley Office
3  1755 Embarcadero Road
   Palo Alto, CA  94303
4  Telephone:     +1.650.739.3939
   Facsimile:      +1.650.739.3900
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | MARCO RODRIGUEZ,                  | Case No. 4:16-cv-06380-KAW
11 |         Plaintiff,                | Assigned to: Magistrate Judge Kandis A. Westmore
12 |     v.                            |
13 | EXPERIAN INFORMATION SOLUTIONS,   | **JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
14 | INC.; ET AL.,                     |
15 |         Defendants.               |

16

17

18

19      On November 1, 2016, Plaintiff Marco Rodriguez ("Rodriguez"), filed a Complaint in this

20 action, one of many Complaints filed by Plaintiff's counsel on the same day.  Given the number

21 of Complaints requiring a response from Experian at the same time, and in accordance with Local

22 Rule 6-1(a), Rodriguez and Experian have agreed to an extension for Experian to answer or

23 otherwise respond to the Complaint to January 24, 2017.  To the extent that Experian files a

24 motion to dismiss in this case, for the same considerations, Experian agrees that Plaintiff shall

25 have 30 days to respond.  Experian will thereupon have 21 days for any reply.

26      Accordingly, IT IS HEREBY STIPULATED by and between Rodriguez and Experian,

27 that the deadline for Experian to answer or otherwise respond to the Complaint is extended until

28 January 24, 2017, Plaintiff's deadline to respond to any motion to dismiss is extended to 30 days

from filing, and Experian's deadline to reply in support of a motion to dismiss is extended to 21 days from filing the opposition.

Dated:  November 23, 2016

*/s/ Elliot W. Gale*
Elliot W. Gale (SBN 263326)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tele.:  (408) 279-2288
Fax:    (408) 279-2299
Email:  egale@sagarialaw.com

Attorneys for Plaintiff
Marco Rodriguez

Dated:  November 23, 2016

*/s/ Heather N. Fugitt*
Heather N. Fugitt (State Bar No. 261588)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tele.:  (650) 739-3939
Fax:    (650) 739-3900
Email:  hfugitt@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

## **ECF CERTIFICATION**

I, Heather N. Fugitt, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 23rd day of November, 2016, at Palo Alto, California.

*/s/ Heather N. Fugitt*
Heather N. Fugitt (State Bar No. 261588)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tele.:  (650) 739-3939
Fax:    (650) 739-3900
Email:  hfugitt@jonesday.com

Attorneys for Defendant
Experian Information Solutions, Inc.

1 **[PROPOSED] ORDER**

2   The Court, having considered the parties' Joint Stipulation for Extension of Time to
3 Respond to the Complaint, hereby Extend Experian Information Solutions, Inc. deadline to
4 answer or otherwise respond to the Complaint to January 24, 2017.

5 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

7 DATED: _____11/29/16_____

8 _____
The Honorable Kandis A. Westmore
9 United States Magistrate Judge

NAI-1502265182v1

JOINT STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
Case No. 4:16-cv-06380-KAW