| | |
|---|---|
| 1 | Ben C. Lee (State Bar No. 282177)<br>blee@jonesday.com |
| 2 | JONES DAY<br>555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104<br>Telephone: +1.415.626.3939 |
| 4 | Facsimile: +1.415.875.5700 |
| 5 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 6 | |
| 7 | [*Additional counsel on signature page*] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARCO RODRIGUEZ, | | Case No. 3:16-cv-06380-EMC |
| | Plaintiff, | **JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC.'S AND EQUIFAX, INC.'S MOTIONS TO DISMISS AND [PROPOSED] ORDER** |
| v. | | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL., | | |
| | Defendants. | Date: April 27, 2017<br>Time: 1:30 PM<br>Courtroom: Courtroom 6, 17th Floor<br>The Honorable Edward M. Chen |

Pursuant to Civil L.R. 6-1(a), Plaintiff Marco Rodriguez ("Plaintiff") and Defendants Experian Information Solutions, Inc. and Equifax, Inc., (collectively "Defendants"), through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, the Court has a hearing on Defendants' motions to dismiss on April 27, 2017 at 1:30 p.m.;

WHEREAS, Plaintiff and Defendants are currently in settlement negotiations; and

WHEREAS, Plaintiff and Defendants hereby stipulate to continue the April 27, 2017 hearing on Defendants' motions to dismiss to June 29, 2017, at 1:30 p.m., to allow parties to

continue settlement negotiations; and

WHEREAS, this extension will not alter the date of any event or deadline fixed by Court order, the Local Rules, or the Federal Rules of Civil Procedure.

Dated: April 20, 2017        JONES DAY

By: /s/ Benjamin C. Lee
    Benjamin C. Lee

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: April 20, 2017        EQUIFAX, INC.

By: /s/ Thomas P. Quinn
    Thomas P. Quinn

Attorneys For Defendant
EQUIFAX, INC.

Dated: April 20, 2017        SAGARIA LAW P.C.

By: /s/ Elliot W. Gale
    Elliot Gale

Attorneys for Plaintiff
MARCO RODRIGUEZ

## ECF CERTIFICATION

I, Benjamin C. Lee, hereby attest pursuant to N.D. Cal. Civil. L.R. 5-1 that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Benjamin C. Lee
Benjamin C. Lee (SBN 282177)

**[~~PROPOSED~~] ORDER]**

The Court, having considered the parties' Joint Stipulation to continue Motion to Dismiss Hearing, hereby continues the hearing on Defendants Experian Information Solutions, Inc.'s and Equifax, Inc.'s motion to dismiss to June 29, 2017, at 1:30 p.m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 4/24/17

_____
Honorable Judge Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court*
*Northern District of California*

**CERTIFICATE OF SERVICE**

I, Benjamin C. Lee, declare:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Jones Day, 555 California Street, 26th Floor, San Francisco, CA 94104. On April 20, 2017, I served a copy of the **JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC.'S AND EQUIFAX, INC.'S MOTIONS TO DISMISS** by electronic transmission.

I am familiar with United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

- **Elliot Gale**
  egale@sagarialaw.com

- **Thomas Patrick Quinn, Jr.**
  tquinn@nokesquinn.com

- **Alisa A. Givental**
  aag@severson.com

Executed on April 20, 2017, at San Francisco, California.

*/s/ Benjamin C. Lee*
Benjamin C. Lee