Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Marco Rodriguez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>    Defendants. | Case No.: 3:16-cv-06380-EMC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Marco Rodriguez and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: June 14, 2017                                       **Sagaria Law, P.C.**

                                                       By:    */s/ Elliot Gale*
                                                                      Elliot Gale
                                                                      Attorney for Plaintiff Marco Rodriguez

DATED: June 14, 2017                                       **Jones Day**

                                                       By:    */s/ Benjamin Chung Lee*
                                                                 Benjamin Chung Lee
                                                                 Attorney for Defendant Experian
                                                                 Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

### [PR~~OPO~~SED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 6/16/17

IT IS SO ORDERED
Judge Edward M. Chen

Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE