Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Marco Rodriguez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RODRIGUEZ,<br><br>　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>　　　Defendants. | Case No.: 3:16-cv-06380-EMC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT GATEWAY ONE LENDING & FINANCE, LLC; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Marco Rodriguez and defendant Gateway One Lending, LLC that Gateway One Lending & Finance, LLC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

DATED: August 10, 2017   **Sagaria Law, P.C.**

By:   */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Marco Rodriguez

DATED: August 10, 2017   **Severson & Werson, APC**

By:   */s/ Alisa Alexandra Givental*
Alisa Alexandra Givental
Attorney for Defendant Gateway One
Lending & Finance, LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Alexandra Givental has concurred in this filing.

*/s/ Elliot Gale*

## [PR~~O~~POSED] ORDER

Pursuant to the stipulation of the Parties, Gateway One Lending & Finance, LLC is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 8/10/17   _____

IT IS SO ORDERED
Judge Edward M. Chen